IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PHILLIP MITCHELL FLEMING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIV. ACT. NO. 1:24-cv-30-TFM-MU |
| ) | |
| CAROLYN W. COLVIN,[1] ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM OPINION AND ORDER**

On September 24, 2024, the Magistrate Judge entered a Report and Recommendation which recommends the Commissioner's decision denying Supplemental Security Income ("SSI") benefits should be affirmed. *See* Doc. 14. On October 9, 2024, Plaintiff filed objections to which Defendant timely responded. *See* Docs. 15, 17. The Report and Recommendation is ripe for review.

The arguments asserted by Plaintiff in his objections appeared to be many of the same arguments presented in the initial brief. Nothing in these arguments offsets the well-reasoned analysis in the Report and Recommendation. Therefore, Plaintiff's objections are overruled.

Therefore, after due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of this Court. Accordingly, the Court concludes that the ALJ's non denial of SSI benefits

---

[1] Pursuant to Fed. R. Civ. P. 25(d), "When a public officer is a party to an action in an official capacity and during its pendency dies, resigns, or otherwise ceases to hold office, the action does not abate and the officer's successor is automatically substituted as a party."

is supported by substantial evidence and no legal error was committed. Further, Plaintiff failed to establish that the case warrants remand under section six of 42 U.S.C. § 405(g). It is, therefore,

**ORDERED** that the decision of the Commissioner is **AFFIRMED**.

A separate judgment will issue pursuant to Fed. R. Civ. P. 58.

**DONE** and **ORDERED** this 10th day of January, 2025.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE